AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McConnell, Jr, John J. | District of Rhode Island | 09/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual   ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

United States District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer and Board Member | Crossroads RI |
| 2. | Member | Marthas Vineyard Colonial Inn LLC |
| 3. | Board Member | Institute for the Study & Practice of NonViolence |
| 4. | Board Member | Trinity Repertory Company |
| 5. | Custodian | Alliance Capital 529 College Fund #2 |
| 6. | Trustee | ▒▒▒ Trust #1 |
| 7. | Trustee | ▒▒▒ Trust #2 |
| 8. | Board Member | Downtown Providence Parks Conservancy |
| 9. | Chair, Selection Committee | Hassenfeld Family Foundation, RI Public Interest Service Fellowship |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/30/2003 | Ness Motley, P.A. (n/k/a MRRM, P.A.) Employment and Compensation Agreement (see Section VIII for further details) |
| 2. | 5/13/2011 | Assignment of Certain Rights in MRRM, P.A. (see Section VIII for further details) |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

3. 5/13/2011 — Assignement of Membership Interests in Motely Rice LLC and Mutual Release (see Section VIII for further details)

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 12/31/2013 | Deferred Compensation, MRRM PA | $2,468,690.00 |
| 2. 12/31/2013 | Rental Income, Charlestown, RI | $56,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | K |
| 2. | Diners Club | Credit Carde | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. --Wells Fargo Money Fund | A | Interest | L | T | | | | | |
| 3. --Altera Corp | A | Dividend | L | T | | | | | |
| 4. --Apple Inc | A | Dividend | K | T | Buy | 03/27/13 | J | | |
| 5. --CME Group | A | Dividend | K | T | | | | | |
| 6. --EMC Corp Mass | A | Dividend | J | T | | | | | |
| 7. --Elements Rogers Agri Tot Ret | | None | | | Sold | 08/16/13 | K | | |
| 8. --Express Scripts Hldg Co | | None | K | T | | | | | |
| 9. --Intel Corp | | None | K | T | Buy | 11/08/13 | K | | |
| 10. --Ishares Tr Russell 2000 Index Fd | B | Dividend | M | T | | | | | |
| 11. --Johnson & Johnson | A | Dividend | K | T | Buy | 08/16/13 | K | | |
| 12. --Potash Corp of Saskatchewan Inc | A | Dividend | | | Sold | 11/05/13 | K | | |
| 13. --Powershares DB Agriculture Fund | A | Dividend | | | Sold (part) | 08/16/13 | K | | |
| 14. --Powershares DB Agriculture Fund | | | | | Sold | 11/04/13 | K | | |
| 15. --Powershares DB Base Metals Funds | A | Dividend | | | Sold | 11/04/13 | K | | |
| 16. --Proshares Trust ETF Short 20+ Yr Treasury | | | K | T | | | | | |
| 17. --Qualcomm Inc | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. --SPDR Gold Trust | | | J | T | | | | | |
| 19. --SPDR S&P Biotech ET | A | Dividend | K | T | | | | | |
| 20. --SPDR S&P Midcap 400 Trust Series N | B | Dividend | L | T | | | | | |
| 21. --SPDR S&P 500 Trust | C | Dividend | M | T | | | | | |
| 22. --SPDR Ser Tr S&P 600 Small Cap | B | Dividend | L | T | | | | | |
| 23. --Vanguard MSCI Emerging Markets | B | Dividend | K | T | Sold (part) | 11/05/13 | K | | |
| 24. --Vanguard S&P 500 | B | Dividend | L | T | | | | | |
| 25. --Vanguard Total Stock Market | A | Dividend | K | T | | | | | |
| 26. --Vanguard Total World Stock Index Fund | B | Dividend | L | T | | | | | |
| 27. --Xilinx Inc | B | Dividend | L | T | | | | | |
| 28. | | | | | | | | | |
| 29. ▨ Trust #1 (H) | | | | | | | | | |
| 30. --Wells Fargo Money Fund | A | Interest | L | T | | | | | |
| 31. --Altera Corp | A | Dividend | L | T | | | | | |
| 32. --Apple Inc | A | Dividend | K | T | Buy | 03/27/13 | J | | |
| 33. --CME Group | A | Dividend | K | T | | | | | |
| 34. --EMC Corp Mass | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Elements Rogers Agri Tot Ret | | | | | Sold | 08/16/13 | K | | |
| 36. --Express Scripts Hldg Co | | | K | T | | | | | |
| 37. --Intel Corp | | | K | T | Buy | 11/08/13 | K | | |
| 38. --ISHRS Russell 2000 Index | B | Dividend | M | T | | | | | |
| 39. --Johnson & Johnson | A | Dividend | K | T | Buy | 08/16/13 | K | | |
| 40. --Potash Corp of Saskatchewan Inc | A | Dividend | | | Sold | 11/05/13 | J | | |
| 41. --Powershares DB Agriculture Fund | A | Dividend | | | Sold (part) | 08/16/13 | K | | |
| 42. --Powershares DB Agriculture Fund | | | | | Sold | 11/04/13 | K | | |
| 43. --Powershares DB Base Metals Funds | A | Dividend | | | Sold | 11/04/13 | K | | |
| 44. --Proshares Trust Short 20+ Yr Treasury | | | K | T | | | | | |
| 45. --Qualcomm Inc | C | Dividend | M | T | | | | | |
| 46. --SPDR Gold Trust | | | J | T | | | | | |
| 47. --SPDR S&P 500 Trust | C | Dividend | M | T | | | | | |
| 48. --SPDR S&P Biotech | A | Dividend | K | T | | | | | |
| 49. --SPDR S&P Midcap 400 | B | Dividend | L | T | | | | | |
| 50. --SPDR Ser Tr S&P 600 Small Cap | B | Dividend | L | T | | | | | |
| 51. --Vanguard MSCI Emerging Markets | A | Dividend | K | T | Sold (part) | 11/05/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Vanguard S&P 500 ETF | B | Dividend | L | T | Sold (part) | 10/24/13 | J | A | |
| 53. --Vanguard Total Stock Market ETF | A | Dividend | K | T | | | | | |
| 54. --Vanguard Total World Stock Index Fund | B | Dividend | L | T | | | | | |
| 55. --Xilinx Inc | B | Dividend | L | T | | | | | |
| 56. | | | | | | | | | |
| 57. ▓▓ Trust #2 (H) | | | | | | | | | |
| 58. --Wells Fargo Money Fund | A | Interest | N | T | | | | | |
| 59. --Altera Corp | C | Dividend | M | T | | | | | |
| 60. --Apple Inc | B | Dividend | L | T | Buy | 03/27/13 | K | | |
| 61. --CME Group | C | Dividend | M | T | Buy | 02/28/13 | K | | |
| 62. --EMC Corp Mass | A | Dividend | L | T | Buy | 02/28/13 | K | | |
| 63. --Elements Rogers Agri Tot Ret ETN | | | | | Sold | 08/16/13 | L | | |
| 64. --Express Scripts Hldg Co | | | M | T | Buy | 02/28/13 | K | | |
| 65. --Intel Corp | | | L | T | Buy | 11/08/13 | L | | |
| 66. --ISHRS Russell 2000 Index | D | Dividend | N | T | | | | | |
| 67. --Johnson & Johnson | B | Dividend | L | T | Buy | 08/06/13 | L | | |
| 68. --Potash Corp of Saskatchewan Inc | C | Dividend | | | Sold | 11/15/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McConnell, Jr, John J. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | --Powershares DB ETF Agriculture Fd | | | | | Sold (part) | 08/06/13 | K | | |
| 70. | --Powershares DB ETF Agriculture Fd | | | | | Sold | 11/04/13 | K | | |
| 71. | --Powershares DB Base Metals Funds | | | | | Sold | 11/04/13 | K | | |
| 72. | --Proshares Trust Short 20+ Yr Treasury | | | L | T | | | | | |
| 73. | --Qualcomm Inc | D | | N | T | | | | | |
| 74. | --SPDR Gold Trust | | | L | T | | | | | |
| 75. | --SPDR S&P Biotech | A | Dividend | L | T | | | | | |
| 76. | --SPDR S&P Midcap 400 | C | Dividend | N | T | | | | | |
| 77. | --SPDR S&P 500 Trust ETF | D | Dividend | N | T | | | | | |
| 78. | --SPDR Ser Tr S&P 600 Small Cap ETF | D | Dividend | M | T | | | | | |
| 79. | --Vanguard Mid Cap ETF | A | Dividend | L | T | Buy | 02/28/13 | K | | |
| 80. | --Vanguard MSCI Emerging Markets | C | Dividend | L | T | Sold (part) | 11/05/13 | L | | |
| 81. | --Vanguard S&P 500 ETF | C | Dividend | M | T | | | | | |
| 82. | --Vanguard Total Stock Market ETF | C | Dividend | M | T | | | | | |
| 83. | --Vanguard Total World ETF Stock Index Fd | C | Dividend | M | T | | | | | |
| 84. | --Xilinx Inc. | D | Dividend | N | T | | | | | |
| 85. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA #1 (H) | | | | | | | | | |
| 87. --Wells Fargo Cash | A | Interest | K | T | | | | | |
| 88. --Wells Fargo Money Fund | | | | | Sold | 06/13/13 | J | | |
| 89. --Apple Inc | A | Dividend | J | T | Buy | 03/27/13 | J | | |
| 90. --CME Group | A | Dividend | J | T | | | | | |
| 91. --EMC Corp Mass | A | Dividend | J | T | | | | | |
| 92. --ETFS Platinum Trust Shs Ben Int ETF | | | J | T | | | | | |
| 93. --Express Scripts Hldg Co | | | J | T | | | | | |
| 94. --Intel Corp | | | J | T | Buy | 11/08/13 | J | | |
| 95. --Ishares NYSE Composite Index | A | Dividend | J | T | | | | | |
| 96. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 97. --Ishares TR MSCI Emerging Mkts Index Fd | A | Dividend | J | T | | | | | |
| 98. --Johnson & Johnson | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 99. --Potash Corp of Saskatchewan Inc | A | Dividend | J | T | | | | | |
| 100. --Powershares DB Agriculture Fund ETF | | | | | Sold | 11/04/13 | J | | |
| 101. --Powershares DB Base Metals Funds | | | | | Sold | 11/04/13 | J | | |
| 102. --Proshares Trust Short 20+ Treasury | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --Guggenheim S&P 500 Equal Wghted Index Fd fka Rydex | A | Dividend | J | T | | | | | |
| 104.  --SPDR Gold Trust | | | J | T | | | | | |
| 105.  --SPDR S&P Biotech | A | Dividend | J | T | | | | | |
| 106.  --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 107.  --Vanguard Intl Eqty Index Gds GRSE All World Ex US | A | Dividend | J | T | | | | | |
| 108.  --Vanguard Mid Cap | A | Dividend | J | T | | | | | |
| 109.  --Vanguard MSCI ETF Emerging | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 110.  --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 111.  --Vanguard Russell 2000 Value | A | Dividend | J | T | | | | | |
| 112.  --Vanguard S&P 500 | A | Dividend | J | T | Sold (part) | 10/24/13 | J | A | |
| 113.  --Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 114. | | | | | | | | | |
| 115.  IRA #2 (H) | | | | | | | | | |
| 116.  --Wells Fargo Money Fund | A | Interest | K | T | | | | | |
| 117.  --Apple Inc | A | Dividend | J | T | Buy | 03/26/13 | J | | |
| 118.  --CME Group | A | Dividend | J | T | | | | | |
| 119.  --EMC Corp Mass | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --Express Scripts Hldg Co | | | J | T | | | | | |
| 121. --ETFS Platinum Trust Shs Ben Int ETF | | | J | T | | | | | |
| 122. --Intel Corp | | | J | T | Buy | 11/08/13 | J | | |
| 123. --Ishares NYSE Composite Index | A | Dividend | J | T | | | | | |
| 124. --Ishares Russell Microcap Index Fund | A | Dividend | J | T | | | | | |
| 125. --Ishares TR MSCI Emerging Mkts Index Fd | A | Dividend | J | T | | | | | |
| 126. --Johnson & Johnson | A | Dividend | J | T | Buy | 08/16/13 | J | | |
| 127. --Potash Corp of Saskatchewan Inc | A | Dividend | J | T | | | | | |
| 128. --Powershares DB Agriculture Fund ETF | | | | | Sold | 11/04/13 | J | | |
| 129. --Powershares DB Base Metals Funds | | | | | Sold | 11/04/13 | J | | |
| 130. --Proshares Trust Short 20+ Yr Treasury | | | J | T | | | | | |
| 131. --Guggenheim S&P 500 Equal Wghtd Index Fd fka Rydex | A | Dividend | J | T | | | | | |
| 132. --SPDR S&P Biotech | A | Dividend | J | T | | | | | |
| 133. --SPDR Gold Trust | | | J | T | | | | | |
| 134. --SPDR Ser Tr S&P 600 Small Cap | A | Dividend | J | T | | | | | |
| 135. --Vanguard Intl Eqty Index Gds GRSE All World Ex US | A | Dividend | J | T | | | | | |
| 136. --Vanguard Mid Cap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Vanguard MSCI EAFE | A | Dividend | J | T | Buy | 06/13/13 | J | | |
| 138. --Vanguard Russell 2000 Growth | A | Dividend | J | T | | | | | |
| 139. --Vanguard Russell 2000 Value | A | Dividend | J | T | | | | | |
| 140. --Vanguard S&P 500 | A | Dividend | J | T | Sold (part) | 10/24/13 | J | A | |
| 141. --Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 142. | | | | | | | | | |
| 143. IRA #3 (H) | | | | | | | | | |
| 144. --Wells Fargo Money Fund | A | Interest | L | T | | | | | |
| 145. --Altera Corp | A | Dividend | K | T | Buy | 08/16/13 | K | | |
| 146. --Apple Inc | B | Dividend | L | T | Buy | 03/27/13 | K | | |
| 147. --CME Group | A | Dividend | K | T | Buy | 08/16/13 | J | | |
| 148. --EMC Corp Mass | A | Dividend | K | T | | | | | |
| 149. --ETFS Platinum Trust Shs Ben Int ETF | | | K | T | | | | | |
| 150. --Express Scripts Hldg Co | | | K | T | | | | | |
| 151. --Intel Corp | | | K | T | Buy | 11/08/13 | K | | |
| 152. --Ishares NYSE Composite Index | B | Dividend | L | T | | | | | |
| 153. --Ishares Russell Microcap Index Fund | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Ishares TR MSCI Emerging Mkts Index Fd | B | Dividend | L | T | | | | | |
| 155. --Johnson & Johnson | A | Dividend | K | T | Buy | 08/16/13 | K | | |
| 156. --Potash Corp of Saskatchewan Inc | A | Dividend | K | T | | | | | |
| 157. --Powershares DB Agriculture Fund ETF | | | | | Sold (part) | 08/16/13 | K | | |
| 158. --Powershares DB Agriculture Fund ETF | | | | | Sold | 11/04/13 | K | | |
| 159. --Powershares DB Base Metals Funds | | | | | Sold | 11/04/13 | K | | |
| 160. --Proshares Trust Short 20+ Yr Treasury | | | K | T | | | | | |
| 161. --Guggenheim S&P 500 Equal Wghtd Index Fd fka Rydex | B | Dividend | L | T | | | | | |
| 162. --Qualcomm Inc | B | Dividend | L | T | | | | | |
| 163. --SPDR Gold Trust | | | K | T | | | | | |
| 164. --SPDR S&P Biotech | A | Dividend | K | T | | | | | |
| 165. --SPDR Ser Tr S&P 600 Small Cap | C | Dividend | M | T | | | | | |
| 166. --Vanguard Intl Eqty Index Gds GRSE All World Ex US | B | Dividend | K | T | | | | | |
| 167. --Vanguard Mid Cap | B | Dividend | M | T | | | | | |
| 168. --Vanguard MSCI Emerging Markets | B | Dividend | K | T | | | | | |
| 169. --Vanguard Russell 2000 Growth | A | Dividend | M | T | | | | | |
| 170. --Vanguard Russell 2000 Value | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Vanguard S&P 500 | B | Dividend | L | T | | | | | |
| 172. --Vanguard Total Stock Market ETF | B | Dividend | L | T | | | | | |
| 173. --Xilinx Inc | A | Dividend | K | T | Buy | 08/16/13 | K | | |
| 174. | | | | | | | | | |
| 175. Bank RI Accounts #1 | A | Interest | J | T | | | | | |
| 176. Bank RI Accounts #2 | A | Interest | K | T | | | | | |
| 177. Bank RI Accounts #3 | A | Interest | J | T | | | | | |
| 178. Navigant Credit Union | A | Interest | J | T | | | | | |
| 179. | | | | | | | | | |
| 180. Alliance Capital 529 College Fund #2 (H) | | | | | | | | | |
| 181. --CBF Portfolio 1996-98 ALT RA | A | Int./Div. | K | T | | | | | |
| 182. | | | | | | | | | |
| 183. Catalist LLC | | None | K | U | | | | | |
| 184. DSF Capital Partners III LP | E | Distribution | N | U | | | | | |
| 185. DSF Capital Partners IV LP | | None | N | U | | | | | |
| 186. | | | | | | | | | |
| 187. MetLife Universal Life | | None | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Sun Life Universal Life #1 | | None | N | T | | | | | |
| 189. Sun Life Universal Life #2 | | None | N | T | | | | | |
| 190. Sun Life Universal Life #3 | | None | N | T | | | | | |
| 191. | | | | | | | | | |
| 192. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 193. | | | | | | | | | |
| 194. Martha's Vineyard Colonial Inn LLC | D | Interest | P1 | U | | | | | |
| 195. | | | | | | | | | |
| 196. Charlestown, Rhode Island, Rental Property (X) | F | Rent | P1 | W | | | | | |
| 197. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McConnell, Jr, John J. | 09/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II Agreements

A) Ness Motley, P.A. Employment and Compensation Agreement, dated January 30, 2003 by and between Ness Motley, P.A. (f/k/a Ness, Motley, Loadholt, Richardson & Poole, Professional Association) and its attorney signatories, setting forth the disbursement of net income received by the firm as compensation for services previously rendered.

B) Assignment of Certain Rights in MRRM, P.A., dated May 13, 2011 by and between MRRM, PA and John J. McConnell, Jr. setting forth the assignment of and payment for Other Rights not covered under the January 30, 2003 agreement above.

C) Assignment of Membership Interests in Motley Rice LLC and Mutual Release, dated May 13, 2011 by and between John J. McConnell, Jr and Motley Rice LLC setting forth the assignment of and payment for membership interests and mututal release of certain liaibilities upon resignation of employment by John J. McConnell, Jr.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John J. McConnell, Jr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544